

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of M.O. and J.A.O., Jr.,
Children

No. 06-19-00004-CV

Appeal from the 71st District Court of
Harrison County, Texas (Tr. Ct. No. 11-
0340). Memorandum Opinion delivered by
Justice Burgess, Chief Justice Morriss and
Justice Stevens participating.

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

      We further order that the appellant pay all costs of this appeal.

RENDERED JUNE 19, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk